**Electronically Filed
Supreme Court
SCWC-20-0000770
29-JUN-2021
07:52 AM
Dkt. 11 ODAC**

SCWC-20-0000770

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE
CERTIFICATEHOLDERS CITIGROUP MORTGAGE LOAN TRUST, INC.
ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AHL3,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

PHYLLIS KEHAULANI DUNCAN CHUN,
Petitioner/Defendant/Counterclaim Plaintiff-Appellant,

and

ARROW FINANCIAL SERVICES, LLC,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000770; CIV. NO. 1CC141002192)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Nakamoto, assigned in place of Eddins, J., recused)

Petitioner/defendant-counterclaim plaintiff-appellant
Phyllis Kehaulani Duncan Chun's application for writ of
certiorari, filed on May 21, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 29, 2021.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Henry T. Nakamoto

